UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PENN-STAR INSURANCE COMPANY, INC., a Pennsylvania corporation,<br><br>Plaintiff,<br><br>v.<br><br>GORSI BROTHERS FARM LABOR SERVICE, OMER DARAZ GORSI, HERNAN PAVONORDAZ, ERIKA VARGAS, individually and as heir to Stephanie Marie Gonzalez, ARSENIO NICOLAS GONZALEZ, as heir to Stephanie Marie Gonzalez, JORGE ANDRES YANEZ-PEREZ, AMRIT KAUR KOONER, NARINDER KAUR,<br><br>Defendants. | No.: 2:23-cv-01663-KJN<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME FOR DEFENDANTS ERIKA VARGAS AND JORGE ANDRES YANEZ-PEREZ TO ANSWER PENN-STAR'S COMPLAINT** |

Plaintiff Penn-Star Insurance Company and defendants Erika Vargas and Jorge Andres Yanez-Perez have stipulated, and asked the Court to order, that these defendants may have up to and including November 17, 2023, to respond to Penn-Star's complaint in this action. The Court finds that the parties have demonstrated good cause for their request, and accordingly orders that

1 | defendants Yanez-Perez's and Vargas's deadline to respond to Penn-Star's complaint is
2 | November 17, 2023.
3 |     IT IS SO ORDERED.
4 | Dated:  November 16, 2023

*[Signature: Kendall J. Newman]*
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

7 | penn.1663