UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PENN-STAR IN. CO., INC, | 2:23-cv-01663-KJN |
| Plaintiff, | ORDER |
| v. | |
| GORSI BROTHERS FARM LABOR SERVICE ET AL, | |
| Defendant | |

This case was filed on August 10, 2023 and randomly assigned to the undersigned under Appendix A of the Local Rules. (ECF Nos. 1, 3.)  Under the Initial Scheduling Order, all parties were to inform the Clerk of Court of their decision whether to Consent or Decline magistrate judge jurisdiction for all purposes in this case by filing their Consent/Decline forms within ninety days of the date the action was filed, in this case by November 8, 2023.  (ECF No. 3 at 2.)

That deadline has passed, and not all parties have filed their Consent/Decline forms.  If not all parties consent to magistrate judge jurisdiction, this case will be reassigned to a district judge.  There is no obligation to consent, and no judge will be notified of a party's decision unless all parties have consented.  See Fed. R. Civ. P. 73(b)(1).

/////

1

Accordingly, all parties shall file their Consent/Decline forms within seven days of this order.

IT IS SO ORDERED.

Dated:  January 2, 2024

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE