UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PENN-STAR INSURANCE COMPANY,<br><br>             Plaintiff,<br><br>    v.<br><br>GORSI BROTHERS FARM LABOR SERVICE, et al.,<br><br>             Defendants. | No.  2:23–cv–01663 DAD CSK<br><br><u>ORDER</u> |

      Presently pending before the Court is Plaintiff Penn-Star Insurance Company's motion for default judgment against Defendants Gorsi Brothers Farm Labor Service, Omer Daraz Gorsi, Hernan Pavonordaz, Erika Varga, individually and as heir to Stephanie Marie Gonzalez, Arsenio Nicolas Gonzalez, as heir to Stephanie Marie Gonzalez, Jorge Andres Yanez-Perez, Amrit Kaur Kooner, and Narinder Kaur. The motion was filed on April 22, 2024 and was set for hearing on June 4, 2024. (ECF Nos. 35, 38.) Under Local Rule 230(c), Defendants were required to file an opposition or statement of non-opposition to the motion no later than fourteen (14) days after the filing date of the motion, on or by May 6, 2024. Although that deadline has passed, no opposition or statement of non-opposition was filed.

///

1

Out of an abundance of caution, and in light of the Court's desire to resolve the action on the merits, the Court will provide Defendants one additional, final opportunity to oppose the motion.

Accordingly, IT IS HEREBY ORDERED that:

1. The June 4, 2024 hearing on Plaintiff's motion for default judgment is VACATED;
2. Any opposition or statement of non-opposition by Defendants shall be filed no later than June 18, 2024, and the reply brief from Plaintiff, if any, is due by June 25, 2024;
3. Defendants are cautioned that failure to respond to the motion in compliance with this order will be deemed as consent to a summary grant of the motion, and may result in the imposition of a default judgment against each of them;
4. Plaintiff shall promptly serve a copy of this order on each Defendant at their last-known address, and file a proof of service with the Court; and
5. After the time period for briefing is complete, the Court will take this matter under submission on the papers without oral argument, pursuant to Local Rule 230(g). The Court will schedule a hearing at a future date, if necessary.

Dated:  May 10, 2024

CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

4, penn1663.23

2