1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    PENN-STAR INSURANCE COMPANY,            No. 2:23-cv-01663-DAD-CSK
      INC.,
12
                          Plaintiff,
13                                            ORDER ADOPTING FINDINGS AND
            v.                                RECOMMENDATION AND GRANTING
14                                            PLAINTIFF'S MOTION FOR ENTRY OF
      GORSI BROTHERS FARM LABOR               DEFAULT JUDGMENT
15    SERVICE, et al.,
                                              (Doc. Nos. 35, 54)
16                        Defendants.

17

18          On August 10, 2023, plaintiff Penn-Star Insurance Company, Inc., filed this civil action

19    against defendants Gorsi Brothers Farm Labor Service, Omer Daraz Gorsi, Hernan Pavonordaz,

20    Erika Vargas, Marie Gonzalez, Arsenio Nicolas Gonzalez, Jorge Andres Yanez-Perez, Amrit

21    Kaur Kooner, and Narinder Kaur.  (Doc. No. 1.)

22          On January 9, 2024, the Clerk of the Court entered default as to defendants Omer Daraz

23    Gorsi, Gorsi Brothers Farm Labor Service, Narinder Kaur, Amrit Kaur Kooner, Hernan

24    Pavonordaz because they were served with the summons and complaint and did not file a timely

25    answer, responsive pleading, or otherwise appear in this action.  (Doc. No. 27)  On January 12,

26    2024, the Clerk of the Court entered default as to defendants Jorge Andres Yanez-Perez and Erika

27    Vargas because they too were served with the summons and complaint and did not file a timely

28    answer, responsive pleading, or otherwise appear in this action.  (Doc. Nos. 28, 29.)  Finally, on

                                                1

1    February 15, 2024, the Clerk of the Court entered default as to defendant Arsenio Nicolas

2    Gonzalez because he also was served with the summons and complaint and did not file a timely

3    answer, responsive pleading, or otherwise appear in this action.  (Doc. No. 33.)  On April 22,

4    2024, plaintiff filed the pending motion for default judgment.  (Doc. No. 35.)  This matter was

5    referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636 and Local Rule 302.

6            On February 14, 2025, the assigned magistrate judge issued findings and

7    recommendations recommending that plaintiff's motion for default judgment be granted and that

8    this case be closed.  (Doc. No. 54.)  Specifically, the magistrate judge noted that in its complaint

9    plaintiff seeks only declaratory relief and recommended that the court make a finding that

10   plaintiff Penn-Star owes no duty to defend or indemnify the defendants in Sutter County Superior

11   Court cases: *Kooner, et. al. v. Gorsi, et. al.*, case number CVCS21-0001098 and *Vargas, et. al. v.*

12   *Gorsi Brothers Farm Labors Service, et. al.*, case number CVCS21-0001080.  (*Id.* at 12.)  The

13   findings and recommendations provided that any objections thereto were to be filed within

14   fourteen (14) days.  (*Id.* at 13.)  To date, no objections have been filed and the time for doing so

15   has now passed.

16           In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the court conducted a *de*

17   *novo* review of the case.  Having carefully reviewed the file, the court concludes that the findings

18   and recommendations are supported by the record and proper analysis.

19           Accordingly:

20       1.      The Findings and Recommendations issued February 14, 2025 (Doc. No. 54) are

21               ADOPTED;

22       2.       Plaintiff's motion for default judgment (Doc. No. 35) is GRANTED;

23       3.      The Court finds that Penn-Star owes no duty to defend or indemnify Gorsi

24               Brothers Farm Labor Service, Omer Daraz Gorsi and Hernan Pavonordaz as to

25               claims brought by Erika Vargas, individually and as heir to Stephanie Marie

26               Gonzalez, Arsenio Nicolas Gonzalez, as heir to Stephanie Marie Gonzalez, Jorge

27               Andres Yanez-Perez, Amrit Kaur Kooner, and Narinder Kaur in Sutter County

28               Superior Court cases: *Kooner et. al. v. Gorsi, et al*., case number CVCS21-

1    0001098 and *Vargas, et al. v. Gorsi Brothers Farm Labors Service, et al.*, case

2    number CVCS21-0001080; and

3    4.    The Clerk of the Court is directed to enter judgment in favor of plaintiff and close

4    this case.

5    IT IS SO ORDERED.

6    Dated:   **March 11, 2025**

7    DALE A. DROZD
     UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3